Hon. David W. Christel

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TAMMY ATCHLEY<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KELSO HOUSING AUTHORITY<br><br>　　　　　　Defendant. | Case No. 3:22-CV-05607 DWC<br><br>JOINT MOTION AND ORDER OF DISMISSAL<br><br>Noted for: December 13, 2022<br>No Oral Argument |

## I. MOTION

1.　The parties to this action have jointly moved pursuant to FRCP 41 to the issuance of this Order, in complete settlement of the claims in this action.

## II. STIPULATION

2.　This Action concerns Plaintiff Tammy Atchley's lawsuit against Defendant Kelso Housing Authority. The Parties have fully settled and resolved the dispute before the Court. This Proposed Order resolves all disputed claims in the Action.

3.　The Parties agree to dismissal of all claims with prejudice and without costs or fees to any person.

STIPULATION AND ORDER
3:22-CV-05607 DWC

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501

1 | Agreed to this 12th day of December, 2022.

3 |     By:

NORTHWEST JUSTICE PROJECT

/s/Scott Crain
Scott Crain, WSBA#37224
ScottC@nwjustice.org
Lisa Waldvogel, WSBA#25990
LisaW@nwjustice.org
401 Second Ave. S #407
Seattle, WA 98104
Attorneys for Plaintiffs

WALSTEAD MERTSCHING, P.S.

/s/Margaret M. Sturm
Margaret M. Sturm, WSBA #56655
margaret@walstead.com
PO Box 1549
1700 Hudson St., Suite 300
Longview, WA 98632
Of Attorneys for Defendant

STIPULATION AND ORDER
3:22-CV-05607 DWC

**Northwest Justice Project**
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501

## III. ORDER

Having reviewed the above stipulation, it is ORDERED:

1. That this matter is dismissed with prejudice and without costs or fees to any person

DATED this 13th day of December, 2022.

*[signature]*
David W. Christel
United States Magistrate Judge

Presented by:

NORTHWEST JUSTICE PROJECT

/s/Scott Crain
Scott Crain, WSBA#37224
ScottC@nwjustice.org
Lisa Waldvogel, WSBA#25990
LisaW@nwjustice.org
401 Second Ave. S #407
Seattle, WA 98104
Attorneys for Plaintiffs

WALSTEAD MERTSCHING, P.S.

/s/Margaret M. Sturm
Margaret M. Sturm, WSBA #56655
margaret@walstead.com
PO Box 1549
1700 Hudson St., Suite 300
Longview, WA  98632
Of Attorneys for Defendant

STIPULATION AND ORDER
3:22-CV-05607 DWC

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501